IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00217-CR

 

James Riley Lemons,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 278th District
Court

Walker County, Texas

Trial Court No. 24,661

 



MEMORANDUM  Opinion



 

James R. Lemons has filed a pro se
notice of appeal complaining of various pretrial rulings by the trial court.

In a July 21, 2009 letter, we notified
Lemons that this cause was subject to dismissal for want of jurisdiction
because it appeared that this Court does not have jurisdiction of his appeal of
the trial court’s interlocutory rulings.  See Everett v.
State, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that this
court has jurisdiction over criminal appeals only when expressly granted by
law).  We warned Lemons that we would dismiss this appeal unless, within 21
days, he showed grounds for continuing it.  Lemons has filed a response, but it
does not show grounds for continuing this appeal or that we have jurisdiction. 
Accordingly, we dismiss this appeal for want of jurisdiction. 

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Dismissed

Opinion
delivered and filed August 19, 2009

Do
not publish

[CR25]

 

 








 






 requirements of the rule
and is granted.
      Day's appeal is dismissed.
                                                                               PER CURIAM

Before   Chief Justice Davis, 
            Justice Cummings, and
            Justice Vance
Dismissed on appellant's motion
Opinion delivered and filed October 15, 1997
Do not publish